IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MARK ANDREW HILDERBRAND, | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-72 |
| v. | |
| MR. BOBBITT, et al., | |
| Defendants. | |

ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 73. Plaintiff did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendant Grach's Motion to Dismiss, and **DISMISSES without prejudice** Plaintiff's claims against Defendant Grach based on Plaintiff's failure to exhaust available administrative remedies. Plaintiff's claims against all other Defendants remain pending.

**SO ORDERED**, this 28th day of February, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA