IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MARK ANDREW HILDERBRAND, | ) |
| Plaintiff-Appellee, | ) |
| vs. | ) Case No. CV 619-072 |
| | ) Appeal No. 22-10844-F |
| GEORGIA DEPARTMENT OF CORRECTIONS et al., | ) |
| Defendant-Appellant. | ) |

O R D E R

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this 12th day of April, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA