IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MARK ANDREW HILDERBRAND,

    Plaintiff,

v.

BOBBITT, et al.,

    Defendants.

CIVIL ACTION NO.: 6:19-cv-72

**O R D E R**

This matter is before the Court on Plaintiff's "Motion for 'Correction Based on Clerical Mistakes, Over-Sights and Omissions.'" Doc. 82. Defendants did not respond to the Motion. In his Motion, Plaintiff requests the Court correct the Order dated February 28, 2022, in which the Court adopted the Magistrate Judge's Report and Recommendations. Doc. 74. In that Order, the Court stated Plaintiff had not filed objections. In the instant Motion, Plaintiff asserts he did send his objections by the deadline and that the objections should considered. Doc. 82 at 10–11. Plaintiff also requests a stay while his objections are being considered. Id. at 13.

The Court received Plaintiff's objections shortly after it issued the February 28, 2022 Order. Doc. 75. The Court deemed those objections timely and considered the objections in full. Doc. 76. The Court nonetheless overruled Plaintiff's objections and confirmed that the February 28, 2022 Order remained the Order of the Court. Id. Accordingly, I **DENY as moot** Plaintiff's "Motion for 'Correction Based on Clerical Mistakes, Over-sights and Omissions and his

associated Motion to Stay.'"

**SO ORDERED**, this 13th day of April, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA