# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| MARK ANDREW HILDERBRAND, | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-72 |
| v. | |
| BOBBITT, et al., | |
| Defendants. | |

**O R D E R**

This matter is before the Court following a telephonic status conference Plaintiff and Defendants' counsel attended. At the conference, the parties discussed the remaining pre-trial deadlines. Defendants' counsel made an oral motion to extend the dispositive motions deadline by a week, given he is representing 10 Defendants and must also respond to Plaintiff's pending motion for summary judgment at the same time. Plaintiff stated he had no opposition to the deadline extension. Thus, for good cause shown, the Court **GRANTS** the Motion. Dispositive motions will be due **on or before July 22, 2022**.

**SO ORDERED**, this 24th day of June, 2022.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA