IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MARK ANDREW HILDERBRAND, )
)
    Plaintiff- Appellant, )
) CASE NO.  6:19-cv-72
V. )
) Appeal No. 22-13446-HH
GEORGIA DEPARTMENT OF COREECTIONS )
et al., )
    Defendants - Appellees. )

O R D E R

The appeal Mandate in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this ___16th___ day of APRIL ~~15~~, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA